United States District Court
Southern District of Texas
**ENTERED**
April 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRAD LINSCOMB, | Case No. 4:24-CV-00067 |
| Plaintiff, | Hon. Sim Lake |
| v | |
| THE DOW CHEMICAL COMPANY, | |
| Defendant. | |

### [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

After considering the Parties' Joint Stipulation of Dismissal with Prejudice, the Court finds it should be granted and orders as follows:

It is, therefore, ORDERED that the Parties' Joint Stipulation of Dismissal with Prejudice be, and it is hereby, **GRANTED**.

It is, therefore, ORDERED, ADJUDGED AND DECREED, that the above captioned and numbered cause be, and hereby is DISMISSED WITH PREJUDICE to re-filing in any form, with the Parties to bear their own attorneys' fees and costs.

Signed this 18th day of April, 2025.

Hon. Sim Lake
United States District Judge